

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00531-CV

Kerry Ray **LAMPKIN**, Jr.,
Appellant

v.

Krystal Naomi **LAMPKIN**,
Appellee

From the 456th District Court, Guadalupe County, Texas
Trial Court No. 23-0374-CV-E
Honorable Heather H. Wright, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED for failure to pay the filing fee. Costs of this appeal are taxed against appellant.

SIGNED November 19, 2025.

_____
Rebeca C. Martinez, Chief Justice